LAW OFFICES OF
**REINER, SLAUGHTER,
MAINZER & FRANKEL, LLP**
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA  96049-4940
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Todd E. Slaughter, State Bar No. 87753
Benjamin H. Mainzer State Bar No. 257748
Rick Lundblade, State Bar No. 220662
April K. Stratte, State Bar No. 290423

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSELITO BERESO CANDASA, individually and as successor in interest to Lorenza Mondoc Glover, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>ROSEBURG FOREST PRODUCTS, CO.; and DOES 1 through 10, inclusive<br><br>Defendants.<br>_____/ | CASE NO.  4:22-cv-05778-HSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE; ORDER** |

**WHEREAS**, no defendant has filed an answer or a motion for summary judgment in this action; and **WHEREAS**, no cross-claim or counter-claim has been filed in this action.

**NOW, THEREFORE**, Plaintiff, Joselito Bereso Candasa, individually and as successor in interest to Lorenza Mondoc Glover, deceased, hereby dismisses this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated:  December 23, 2022          REINER, SLAUGHTER, MAINZER
                                                              & FRANKEL, LLP

                                                     By ___/s/Benjamin H. Mainzer_____
                                                              BENJAMIN H. MAINZER
                                                              Attorney for Plaintiff

# **ORDER**

Upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that this action be and hereby is dismissed without prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: 12/27/2022

_____
UNITED STATES DISTRICT JUDGE